DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOWN OF GULF STREAM,**
Appellant,

v.

**MARTIN E. O'BOYLE, JONATHAN R. O'BOYLE,
WILLIAM RING, RYAN WITMER, CHRISTOPHER O'HARE,
DENISE DEMARTINI, PUBLIC AWARENESS INSTITUTE, INC.,
CITIZENS AWARENESS FOUNDATION, INC.,
OUR PUBLIC RECORDS, LLC, STOPDIRTY GOVERNMENT, LLC,
COMMERCE GROUP, INC.,** and **THE O'BOYLE LAW FIRM, P.C., INC.,**
Appellees.

Nos. 4D16-3386 and 4D16-3634

[November 2, 2017]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele and Richard L. Oftedal, Judges; L.T. Case Nos. 502014CA004474XXXMB and 502016CA005437XXXMB.

Robert A. Sweetapple and Berkley S. Vitale of Sweetapple, Broeker & Varkas, PL, Boca Raton, Joanne M. O'Connor of Jones, Foster, Johnston & Stubbs, P.A., West Palm Beach, and Edward C. Nazzaro, Gulf Stream, for appellant.

Elaine Johnson James of Elaine Johnson James, P.A., Palm Beach Gardens, for appellee Martin E. O'Boyle.

Kenneth R. Drake and Richard N. Conforti of DeMahy, Labrador, Drake, Victor, Rojas & Cabeza, Miami, for appellees, Jonathan O'Boyle and William Ring.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*